Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
ryanballardlaw@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JERRIMIAH PHELPS, | Case No.: 1:16-cv-21-DVB |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| XPRESS COLLECTORS AGENCY, LLC an Idaho limited liability company, WILLIAM R. DALLING, CHARTERED, an Idaho corporation, WILLIAM R. DALLING, an individual conducting business in Idaho. | |
| Defendants. | |

COMES NOW the Plaintiff Jerrimiah Phelps, by and through his counsel of record, Ryan A. Ballard of Ballard Law, PLLC, and lodges this notice of dismissal with prejudice as the parties have resolved their issues and Plaintiff no longer wishes to pursue this action. Each party will bear its own attorney fees and costs.

DATED: February 23, 2016

/s/ Ryan A. Ballard
Ryan A. Ballard
Ballard Law, PLLC

**Notice of Dismissal With Prejudice - Page 1 of 1**